PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00200 LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| EFRAIN VALENCIA, AND JORGE NOE TORRES HERNANDEZ | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Michael Grahn and Ernest Lutz, attorneys for the defendants, that the change of plea hearing set for October 16, 2017 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to November 27, 2017 at 8:30 a.m. On September 1, 2017 Mr. Grahn sustained a serious knee injury, ultimately being diagnosed with a fractured Tibia and a torn ACL. For this reason he was in an immobilizer leg brace and on crutches for 4 weeks and was unable to travel to Fresno to finalize the plea negotiations with the Government. Mr. Lutz would like to enter his client's change of plea at the same time as the co-defendant, and he needs additional time to finalize the plea agreement. The travel time associated with this case[1] has affected his ability to complete his efforts to finalize the investigation and discuss the case with his client to effectuate the plea.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through

---

[1] Mr. Lutz's office is in Torrance, California

Stipulation                                                 1

November 27, 2017 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: October 13, 2017						Respectfully submitted,

								PHILLIP A. TALBERT
								United States Attorney

							By	/s/ Kimberly A. Sanchez
								KIMBERLY A. SANCHEZ
								Assistant U.S. Attorney

Dated: October 13, 2017						/s/ Michael Grahn
								MICHAEL GRAHN
								Attorney for Defendant Hernandez

Dated: October 13, 2017						/s/ Ernest Lutz
								ERNEST LUTZ
								Attorney for Defendant Valencia

IT IS SO ORDERED.

Dated: **October 13, 2017**			**/s/ Lawrence J. O'Neill**
								UNITED STATES CHIEF DISTRICT JUDGE