PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00200 LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| EFRAIN VALENCIA, AND JORGE NOE TORRES HERNANDEZ | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Michael Grahn and Ernest Lutz, attorneys for the defendants, that the change of plea hearing set for November 27, 2017 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to December 11, 2017 at 8:30 a.m. Mr. Grahn, who is Counsel for Mr. Torres-Hernandez, has worked diligently on a plea agreement with the Government, but this process was substantially slowed by counsel's recent knee injuries which precluded travel to Fresno for several weeks. The defense and the Government have recently made great progress in discussions of a revised plea agreement, and expect the matter will be resolved imminently. Mr. Lutz would like to enter his client's change of plea at the same time as the co-defendant, and he needs additional time to finalize the plea agreement. The parties are also near finalizing a resolution of Mr. Valenicia's case.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through December 11, 2017 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Stipulation

1

| | | | |
|---|---|---|---|
| 1 | Dated: November 21, 2017 | | Respectfully submitted, |
| 2 | | | PHILLIP A. TALBERT |
| 3 | | | United States Attorney |
| 4 | | | |
| 5 | | By | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| 6 | | | |
| 7 | Dated: November 21, 2017 | | /s/ Michael Grahn<br>MICHAEL GRAHN<br>Attorney for Defendant Hernandez |
| 8 | | | |
| 9 | Dated: November 21, 2017 | | /s/ Ernest Lutz<br>ERNEST LUTZ<br>Attorney for Defendant Valencia |

IT IS SO ORDERED.

Dated:  **November 21, 2017**         **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

Stipulation