PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00200 LJO |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| EFRAIN VALENCIA, AND JORGE NOE TORRES HERNANDEZ | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Michael Grahn and Ernest Lutz, attorneys for the defendants, that the change of plea hearing set for December 11, 2017 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to February 5, 2018 at 8:30 a.m. Mr. Grahn, who is Counsel for Mr. Torres-Hernandez, has knee surgery scheduled for December 27, 2017, and a pre-op appointment on Monday, December 11, 2017 that he prefers not to postpone. On December 7, 2017, Mr. Lutz provided the government with information that requires assessment and potentially further investigation. All parties have made advancements in plea negotiations, including further investigation conducted, and expect the matter will be resolved imminently.

///

///

///

///

///

Stipulation

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through February 5, 2018 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: December 8, 2017  Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: December 8, 2017  /s/ Michael Grahn
MICHAEL GRAHN
Attorney for Defendant Hernandez

Dated: December 8, 2017  /s/ Ernest Lutz
ERNEST LUTZ
Attorney for Defendant Valencia

IT IS SO ORDERED.

Dated:  **December 8, 2017**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

Stipulation

2