HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-cr-00200 LJO-SKO |
| ) | |
| *Plaintiff,* ) | **APPLICATION AND** |
| ) | **ORDER FOR APPOINTMENT OF CJA** |
| vs. ) | **PANEL COUNSEL** |
| ) | |
| EFRAIN VALENCIA, ) | |
| ) | |
| *Defendant,* ) | |
| ) | |
| ) | |

　　　　Defendant, Efrain Valencia, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel.

　　　　Mr. Valencia had retained counsel and is now seeking appointed counsel under General Order 595. Mr. Valencia submits the attached Financial Affidavit as evidence of his inability to retain counsel. Mr. Valencia was sentenced to a 90-month term of imprisonment on April 30, 2018 and is currently in custody.

　　　　General Order 595 appoints counsel for all indigent defendants seeking assistance under the First Step Act. Therefore, after reviewing the attached Financial Affidavit, it is respectfully recommended that CJA panel counsel be promptly appointed pursuant to 18 U.S.C. § 3006A to represent Mr. Valencia on his compassionate release proceedings related to this case.

DATED: October 22, 2020         /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **October 22, 2020**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE