ALEKXIA TORRES STALLINGS
DAVID A. TORRES, SBN 296418
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: lextorres@lawtorres.com

Attorney for:
EFRAIN VALENCIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>EFRAIN VALENCIA,<br><br>Defendants. | No. 1:16-cr-00200 NONE-SKO<br><br>STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND LAURA BERGER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EFRAIN VALENCIA, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release.

**IT IS SO STIPULATED.**

DATED: December 16, 2020

Respectfully Submitted,
*/s/ Alexia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
EFRAIN VALENCIA

DATED: December 16, 2020

*/s/Laura Jean Berger*
LAURA JEAN BERGER
Assistant U.S. Attorney

1

# **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief: **January 18, 2021**

Government/Respondent's Opposition Brief: **February 1, 2021**

Defendant's/Petitioner's Rely (if any): **February 8, 2021**

IT IS SO ORDERED.

Dated:   **December 21, 2020**

_____
UNITED STATES DISTRICT JUDGE