ALEKXIA TORRES STALLINGS
DAVID A. TORRES, SBN 296418
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: lextorres@lawtorres.com

Attorney for:
EFRAIN VALENCIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>EFRAIN VALENCIA,<br><br>Defendants. | Case No.  1:16-cr-00200 NONE-SKO<br><br>STIPULATION AND ORDER FOR BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND LAURA BERGER, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, EFRAIN VALENCIA, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release. Our office has not received Mr. Valencia's documents from Giles W. Dalby Correctional Institution.

**IT IS SO STIPULATED.**

DATED: January 20, 2021                           Respectfully Submitted,
                                                  */s/ Alekxia Torres Stallings*
                                                  ALEKXIA TORRES STALLINGS
                                                  Attorney for Defendant
                                                  EFRAIN VALENCIA


DATED: January 20, 2021                           */s/Laura Jean Berger*
                                                  LAURA JEAN BERGER

1

Assistant U.S. Attorney

# **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief: **February 22, 2021**

Government/Respondent's Opposition Brief: **March 15, 2021**

Defendant's/Petitioner's Rely (if any): **March 22, 2021**

IT IS SO ORDERED.

Dated:   **January 21, 2021**

_____
UNITED STATES DISTRICT JUDGE