ALEKXIA TORRES STALLINGS
DAVID A. TORRES, SBN 296418
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: lextorres@lawtorres.com

Attorney for:
EFRAIN VALENCIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>EFRAIN VALENCIA,<br><br>Defendants. | Case No. 1:16-cr-00200 NONE-SKO<br><br>STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE |
|---|---|

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND LAURA BERGER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EFRAIN VALENCIA, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release. Our office received Mr. Valencia's documents from Giles W. Dalby Correctional Institution a few days before the motions date.

/////

/////

/////

/////

/////

/////

1

**IT IS SO STIPULATED.**

DATED: March 9, 2021

Respectfully Submitted,
*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
EFRAIN VALENCIA

DATED: March 9, 2021

*/s/ Laura Jean Berger*
LAURA JEAN BERGER
Assistant U.S. Attorney

# ORDER

Pursuant to the parties' stipulation, the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief: **April 12, 2021**

Government/Respondent's Opposition Brief: **April 26, 2021**

Defendant's/Petitioner's Rely (if any): **May 3, 2021**

IT IS SO ORDERED.

Dated:   **March 11, 2021**

_____
UNITED STATES DISTRICT JUDGE