LAW OFFICE ALEKXIA TORRES STALLINGS
Alekxia Torres Stallings, SBN 296418
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: lextorres@lawtorres.com

Attorney for:
EFRAIN VALENCIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00200 NONE-SKO |
|---|---|
| Plaintiff | |
| EFRAIN VALENCIA, | STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND LAURA BERGER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EFRAIN VALENCIA, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release. Mrs. Torres Stallings had a personal matter to attend. The government has been advised and they will stipulate to a reply on May 5, 2021.

**IT IS SO STIPULATED.**

DATED: May 3, 2021

Respectfully Submitted,
*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
EFRAIN VALENCIA

1

DATED: May 3, 2021                                 */s/Laura Jean Berger*
                                                    LAURA JEAN BERGER
                                                    Assistant U.S. Attorney

## **ORDER**

Good cause appearing, the court adopts the stipulated change to the briefing schedule. Accordingly, defendant's/petitioner's reply (if any) is due **May 5, 2021**

IT IS SO ORDERED.

Dated: **May 3, 2021**

_____
UNITED STATES DISTRICT JUDGE