| | |
|---|---|
| LAW OFFICE ALEKXIA TORRES STALLINGS<br>Alekxia Torres Stallings, SBN 296418<br>1318 K Street<br>Bakersfield, CA 93301<br>Tel: (661) 326-0857<br>Email: lextorres@lawtorres.com<br><br>Attorney for:<br>EFRAIN VALENCIA | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff<br><br><br>EFRAIN VALENCIA,<br><br>           Defendants. | Case No. 1:16-cr-00200 LHR-SKO<br><br><br><br><br>STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND LAURA BERGER, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, EFRAIN VALENCIA, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release. Mrs. Torres Stallings had a personal matter to attend. The government has been advised and they will stipulate to a reply on May 5, 2021.

**IT IS SO STIPULATED.**

DATED: May 3, 2021
                                         Respectfully Submitted,
                                         */s/ Alekxia Torres Stallings*
                                         ALEKXIA TORRES STALLINGS
                                         Attorney for Defendant
                                         EFRAIN VALENCIA

1

DATED: May 3, 2021                    */s/Laura Jean Berger*
                                      LAURA JEAN BERGER
                                      Assistant U.S. Attorney

# **<u>ORDER</u>**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Rely (if any): **May 5, 2021**

SIGNED on May 5, 2021, at Houston, Texas.

                                                Lee H. Rosenthal
                                    Chief United States District Judge